MORRISON & FOERSTER LLP
Jessica L. Grant (CA SBN 178138)
Michael Burshteyn (CA SBN 295320)
Ernesto Rojas Guzman (CA SBN 339964)
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

MORRISON & FOERSTER LLP
J. Alexander Lawrence (CA SBN 208715)
Tamara Wiesebron (CA SBN 5882287)
250 West 55th Street
New York, New York 10019-9601

Telephone: 212.468.8000

Attorneys for Defendant
SNAP INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.W., *minor child through her legal guardian Jane Doe, on behalf of herself and all others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC., APPLE INC., and GOOGLE LLC,<br><br>Defendants. | Case No. 3:22-cv-00619-LAB-MDD<br><br>**DEFENDANT SNAP INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>[Memorandum of Points and Authorities in Support of Defendant Snap Inc.'s Motion to Dismiss filed concurrently]<br><br>Hon. Larry Alan Burns<br>Date Action Filed: May 2, 2022<br><br>Date: August 29, 2022<br>Time: 11:15 AM<br>Courtroom: 14A |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 29, 2022, or as soon thereafter as the matter may be heard, before the Honorable Larry Alan Burns in the James M. Carter & Judith N. Keep Courthouse of the United States District Court for the Southern District of California, Courtroom No. 14A, located at 333 West Broadway, San Diego, CA 92101, Defendant Snap, Inc., will and hereby does move to dismiss Plaintiff's Complaint.

This motion is based upon this Notice of Motion and Motion; the Memorandum of Points and Authorities filed herewith; and such other argument and materials as may be presented to the Court before the Motion is taken under submission.

Dated:   June 30, 2022          MORRISON & FOERSTER LLP


By: /s/ Jessica L. Grant
JESSICA L. GRANT
JGrant@mofo.com

Attorneys for Defendant
SNAP INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the following was served on June 30, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.2. Any other counsel of record will be served by electronic mail.

**DEFENDANT SNAP INC.'S NOTICE OF MOTION AND MOTION TO DISMISS;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT SNAP INC.'S MOTION TO DISMISS;**

**[PROPOSED] ORDER GRANTING DEFENDANT SNAP INC.'S MOTION TO DISMISS**

Dated: June 30, 2022                   /s/ Jessica L. Grant
                                       Jessica L. Grant