Juyoun Han (*pro hac vice*)
Eric Baum (*pro hac vice*)
EISENBERG & BAUM, LLP
24 Union Square East, PH
New York, NY 10003
Tel: (212) 353-8700
Fax: (212) 353-1708

John K. Buche (CA Bar No. 239477) (Local Counsel)
BUCHE & ASSOCIATES, P.C.
875 Prospect St., Suite 305,
La Jolla, CA 92037
Tel: (310) 593-4193
Fax: (858) 430-2426
jbuche@buchelaw.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.W., *minor child through her legal guardian Jane Doe, on behalf of herself and all others similarly situated* <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., APPLE INC., and GOOGLE LLC, <br><br> Defendants. | Case No. 3:22-cv-00619-LAB-DDL <br><br> **JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER** <br><br> Hon. Larry Alan Burns <br> Date Action Filed: May 2, 2022 |

This Stipulated Protective Order is entered into by and between Plaintiff L.W. and Defendant Snap Inc. ("Snap"), collectively referred to as "the Parties."

A. To ensure the preservation of relevant accounts and related documents in this case, which cannot be achieved without knowing the usernames, Snap has requested the usernames of C.A. and C.O., who are identified by pseudonym in the Amended Complaint, and whose usernames are not identified in the Amended Complaint, as well as the usernames of the C.A. Perpetrators, referenced in paragraphs 45 through 62 of the Amended Complaint and the C.O. Perpetrators, referenced in paragraphs 69 through 74 of the Amended Complaint.

B. Before sharing C.A., C.O., the C.A. Perpetrators, and the C.O. Perpetrators' usernames, C.A. and C.O.'s counsel has stated that it seeks a stipulation and order providing that all information regarding C.A., C.O., the C.A. Perpetrators, and the C.O. Perpetrators that may identify them, including to geo-location, content data, usage data, and list of online connections with other users ("Online Account Activity and Information") not be publicly disclosed by Snap, not shared by Snap with any third-party other than counsel of record for Snap, and not used by Snap for any purposes other than for the purposes of this litigation.

C. The allegations in this action relate to highly sensitive and personal issues and descriptions of C.A. and C.O.'s sexual abuse by the respective perpetrators. Thus, the Parties agree that maintaining confidentiality of the information that may identify C.A. and C.O. is important for their protection. This includes information regarding the identity of the perpetrators to the extent that revealing their identity may lead to their awareness of C.A. and C.O.'s involvement in this case.

D. The Parties want to stipulate to a protective order sanctioned by the Court

to protect such information from public disclosure.

Parties, by and through their respective attorneys of record, STIPULATE AND AGREE to the following protective order:

1. In the absence of an order from the Court, Snap will not publicly disclose any Online Account Activity and Information, share any Online Account Activity and Information with any third-party other than counsel of record for Snap, or use any Online Account Activity and Information for any purpose other than for the purposes of this litigation.
2. If any of the information is required to be presented to other defendants in this case, the Court, or members of the jury for purposes of briefings before this Court or as evidence at trial, separate measures will be sought to protect the Online Account Activity and Information.
3. Even after the termination of this litigation, the confidentiality obligations imposed by the Stipulated Protective Order shall remain in effect.

Dated: August 27, 2022

EISENBERG & BAUM LLP

By: /s/
JUYOUN HAN
jhan@eandblaw.com

Attorneys for Plaintiff
L.W.

Dated: August 27, 2022

JESSICA L. GRANT
J. ALEXANDER LAWRENCE
MICHAEL BURSHTEYN
MORRISON & FOERSTER LLP

BY: /S/
JESSICA L. GRANT
JGRANT@MOFO.COM
ATTORNEYS FOR DEFENDANT
SNAP INC.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to all persons whose signatures are indicated by an electronic signature (/s/) within this electronically filed document.

Dated:   August 27, 2022      EISENBERG & BAUM LLP

By: /s/
JUYOUN HAN
jhan@eandblaw.com

Attorneys for Plaintiff
L.W.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August __, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.2. Any other counsel of record will be served by electronic mail.

Dated:   August 27, 2022         EISENBERG & BAUM LLP

                                 By:  /s/
                                      JUYOUN HAN
                                      jhan@eandblaw.com

                                 Attorneys for Plaintiff
                                 L.W.