UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.W., minor child through her legal guardian Jane Doe, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC.; APPLE INC.; and GOOGLE LLC,<br><br>Defendants. | Case No.:   22cv619-LAB-MDD<br><br>**ORDER DENYING MOTIONS TO DISMISS AS MOOT [Dkt. 35, 36, 37]** |

On June 30, 2022, Defendants Snap Inc., Apple Inc., and Google LLC each filed a motion to dismiss Plaintiff's original Complaint. (Dkt. 35–37). Plaintiff subsequently filed a First Amended Complaint on August 22, 2022. (Dkt. 42). Defendants' respective motions are therefore moot and the Court **DENIES** the motions on that basis.

**IT IS SO ORDERED**.

Dated: October 11, 2022

Honorable Larry Alan Burns
United States District Judge