

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.W., minor child through her legal guardian Jane Doe, on behalf of herself and all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Snap Inc.; Apple Inc.; Google LLC<br><br>**Defendant.** | Civil Action No.   22cv619-LAB(DEB)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motions to dismiss the FAC are granted and the FAC is dismissed with prejudice. (Dkt. 51, 53, 54). Defendant Apple's Motion to Strike Class Allegations is denied as moot. (Dkt. 52). The Court grants Defendant Snap's motion to file documents under seal, (Dkt. 64), and denies its Rule 11 motion for sanctions, (Dkt. 67).

**Date:**   6/5/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ R. Chapman
                                            R. Chapman, Deputy